# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CARLOS McQUARLEY,

       Plaintiff,

v.                                CASE NO.  4:09cv343-RH/WCS

J. RICHERMAN PEARSON
and J. GLORIA T. BAHAKER,

       Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation (document 6) and the objections (document 7).  The petitioner also has filed a "clarification" of his claims (document 8), which has been considered.  I have reviewed *de novo* the issues raised by the objections and "clarification."  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  This case is transferred to the United States District Court for the Northern District of Alabama, Birmingham Division.  The clerk must take all steps

necessary to effect the transfer.

SO ORDERED on September 28, 2009.

s/Robert L. Hinkle _____
United States District Judge